# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeals of -- ) | |
| ) | |
| Hewlett-Packard Company ) | ASBCA Nos. 57940, 57941 |
| ) | |
| Under Contract No. GS-35F-4663G ) | |
| Delivery Order Nos. B301, B302 ) | |

APPEARANCES FOR THE APPELLANT:      James D. Bachman, Esq.
                                    Ron R. Hutchinson, Esq.
                                      Doyle & Bachman, LLP
                                      Arlington, VA

APPEARANCES FOR THE GOVERNMENT:     Raymond M. Saunders, Esq.
                                      Army Chief Trial Attorney
                                    MAJ Ildiko E. Szentkiralyi, JA
                                      Trial Attorney

## ORDER OF DISMISSAL

The appeals have been settled. Accordingly, they are dismissed from the Board's docket with prejudice.

Dated: 29 April 2014

JOHN J. THRASHER
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA Nos. 57940, 57941, Appeals of Hewlett-Packard Company, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals